IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| **JONATHAN MARSHALL**<br>    **Plaintiff,**<br><br>v.<br><br>**CARLOS DEL TORO, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF THE NAVY**<br>    **Defendant.** | **Civil Case Number:**<br>**5:23-cv-00155-TKW/MJF** |

## DECLARATION OF EMILY GRAY

I, Emily Gray, pursuant to 28 U.S.C. §1746, and based on my personal knowledge, hereby make the following declaration relating to the above-entitled matter:

1. My name is Emily Gray, and I have been employed as a Firefighter and EMT at the Naval Support Activity (the "NSA") in Panama City, Florida since January 2008. I have been a Fire Captain at the NSA since March 17, 2019.

2. As Fire Captain, in addition to Firefighter and EMT duties, my regular duties include administrative duties and paperwork.

3. On April 7, 2022, I injured my back during the line and scope of my employment at the NSA, and I filed a workers' compensation claim, which was accepted.

4. As part of my workers' compensation claim, I was offered a temporary limited light duty position performing my regular administrative duties, commencing June 23, 2022, which I was required to accept to receive workers' compensation benefits.

5. On July 14, 2022, I returned to my full duties as a Firefighter, EMT, and Fire Captain, which I continue to perform to this day.

6. I never applied for reasonable accommodations under the Rehabilitation Act, and I never received reasonable accommodations while working at NSA.

Executed this 17th day of June 2024.

*Emily Gray*
Emily Gray